FILED
1998 JAN 21 PM 3:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL L. CURRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 97-H-2437-E |
| | ) | |
| TALLADEGA COUNTY JAIL, SHERIFF | ) | |
| JERRY STUDDARD, MARCUS GLOVER, | ) | |
| OFFICER CHAD HURST, TALLADEGA | ) | |
| COUNTY COMMISSION, LEWIS | ) | |
| MYHILL, JOE and MIKE, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
JAN 21 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 22, 1997, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this 21st day of JANUARY, 1998.

JAMES H. HANCOCK
UNITED STATES DISTRICT JUDGE